FILED
AUG 26 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND ANTHONY TERAN,<br><br>Defendant. | Case No. 25-CR-862-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Superseding Indictment (ECF No. 41), without prejudice is GRANTED. The Court dismisses the Superseding Indictment without prejudice.

**SO ORDERED AND ADJUDGED.**

Dated: 8/26/25

_____
Hon. Todd W. Robinson
United States District Judge